IGNACI JAKUBOSKI, Appellant, *v.* MATSON NAVIGATION Co., et al., Respondents.

IGNACI JAKUBOSKI, Respondent, *v.* MATSON NAVIGATION Co., et al., Appellants.

Submitted November 19, 1945; decided November 29, 1945.

*George J. Conway* and *George A. Garvey* for motion.
*Murray M. Cowen* and *J. Kolsin Crossman* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements on the ground that neither of the orders finally determines the actions within the meaning of the Constitution.